IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                                                        ORDER

                 Plaintiff,

                                                                                        12-cr-47-bbc

     v.

DAVID MENDOZA-GUZMAN,

                 Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant David Mendoza-Guzman, by his counsel has filed a notice of appeal and motion for leave to proceed on appeal <u>in forma pauperis</u>. Although defendant retained counsel to represent him in this court, I am satisfied from my review of the presentence report that defendant is financially unable to pay the costs of his appeal. I conclude also that defendant is financially eligible for the appointment of counsel.

      I will send the Court of Appeals for the Seventh Circuit a copy of this order so that it may appoint appellate counsel for defendant.

      Entered this 8th day of November, 2012.

                                                        BY THE COURT:
                                                      /s/
                                                      BARBARA B. CRABB
                                                      District Judge